804

No. 76–1688.   John Hancock Mutual Life Insurance Co. v. Brady, Chairman, Tax Commission of Mississippi. Appeal from Sup. Ct. Miss. dismissed for want of substantial federal question.

No. 76–1741.   Schupak et al. v. Forman & Zuckerman, P. A.   Appeal from Ct. App. N. C. dismissed for want of substantial federal question.

No. 76–1759.   Daytona Beach Racing and Recreational Facilities District et al. v. Volusia County et al.   Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question.

No. 77–61.   Leigh v. Oklahoma ex rel. Tax Commission of Oklahoma.   Appeal from Sup. Ct. Okla. dismissed for want of substantial federal question.

No. 77–86.   Gregg v. Indiana.   Appeal from Ct. App. Ind. dismissed for want of substantial federal question.

No. 77–125.   Getty Oil Co. v. Tax Commission of Oklahoma.   Appeal from Sup. Ct. Okla. dismissed for want of substantial federal question.

No. 77–133.   Faulk v. Arkansas.   Appeal from Sup. Ct. Ark. dismissed for want of substantial federal question.

No. 77–181.   Corless v. City of Lebanon.   Appeal from Ct. App. Ohio, Montgomery County, dismissed for want of substantial federal question.

No. 77–210.   Eveandra Enterprises, Inc. v. County of Nassau.   Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.